F I L E D
Clerk
District Court

SEP 2 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. CASE NO. 97-00022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXONERATING APPEARANCE |
| vs. | ) | BOND AND RELEASE OF MORTGAGE |
| | ) | |
| | ) | |
| ELIZABETH LEON GUERRERO | ) | |
| FABROS | ) | |
| | ) | |
| Defendants. | ) | |

IT APPEARING FROM THE RECORD that the above-entitled matter have been disposed on March 26, 1998 by the entry of a Judgment In A Criminal Case.

IT IS ORDERED that the Appearance Bond executed by the defendant and Maria LG. Sablan Mattox be and is hereby exonerated and released to Maria LG. Sablan Mattox as the mortgagor.

DATED this 27th Day of September 2005

_____
ALEX R. MUNSON
Judge